No. 5945. Woodbury *v.* Beto, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 5947. Fletcher *v.* Brierley, Correctional Superintendent. C. A. 3d Cir. Certiorari denied.

No. 5948. Hayes *v.* Cannizzaro et al. C. A. 4th Cir. Certiorari denied.

No. 5950. Hayes *v.* Nixon, President of the United States, et al. C. A. 4th Cir. Certiorari denied.

No. 5951. Davis *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 5955. Briggs *v.* Tennessee. Ct. Crim. App. Tenn. Certiorari denied.

No. 5956. Wroblewski *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 5963. Missler *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 5966. Green *v.* United States. C. A. D. C. Cir. Certiorari denied.

No. 5968. Jones *v.* Craven, Warden. C. A. 9th Cir. Certiorari denied.

No. 5973. Johnson *v.* Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 5977. Lujan *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 5979. Slaton *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 5984. Wells *v.* United States. C. A. 6th Cir. Certiorari denied.